No. 14–0145/NA. U.S. v. Brandon Everson. CCA 201300111. Appellant's motion for leave to file the supplement to the petition for grant of review is granted.

No. 14–0158/AF. U.S. v. Candice N. Cimball Sharpton. CCA 38027. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 25, 2013.

Tuesday, November 12, 2013